AO 440 (Rev. 03/08) Civil Summons

# United States District Court
## for the
## District of Delaware

EUROFINS VENTURES, B.V.

       Plaintiffs,

       v.

OPERON HOLDINGS, INC., JAMES HUDSON, and
PATRICK WEISS,

       Defendants.

Civil Action No.  08-cv-481

### Summons in a Civil Action

To:      Operon Holdings, Inc.
         c/o Delaware Corporate Services, Inc.
         1220 North Market Street
         Suite 850
         Wilmington, Delaware 19801

A lawsuit has been filed against you.

       Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

PETER T. DALLEO

NAME OF CLERK OF THE COURT

*E. Strickler*

DEPUTY CLERK'S SIGNATURE

_8/5/08_

DATE

{BAY:01094890v1}

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on August _5th_, 2008. _at 3:42 pm_

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with
_____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive
it who name is _Leila Fobb; of Delaware Corporate_ ; or
_Services, Inc._

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for    services,
for a total of $_____.

Date: _August 5, 2008_

_Michael O Powers_
Server's signature

_Michael Powers; Process Server_
Printed name and title

_230 N Market St Wilmington DE_
Server's Address