AO 440 (Rev. 03/08) Civil Summons

# United States District Court
# for the
# District of Delaware

EUROFINS VENTURES, B.V.

      Plaintiff,

      v.

OPERON HOLDINGS, INC., JAMES HUDSON, and PATRICK WEISS,

      Defendants.

Civil Action No. 08-cv-481

## Summons in a Civil Action

To:    Patrick Weiss
        c/o Secretary of State
        401 Federal Street
        Dover, DE 19901

A lawsuit has been filed against you.

      Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
NAME OF CLERK OF THE COURT

8/5/08
DATE

_____
DEPUTY CLERK'S SIGNATURE

{BAY:01094882v1}

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
August 6, 2008.

    (1) personally delivering a copy of each to the individual at this place, Secretary of State 401 Federal Street Dover DE 19901 Service Accepted by Karen Charbonneau @ 1:50 p.m. ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it who name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 8/6/08

Server's signature

Bryan Sleilkie  Process Server
Printed name and title

15 East North Street Dover DE 19901
Server's Address

{BAY:01094882v1}