IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROFINS VENTURES, B.V., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPERON HOLDINGS, INC., JAMES )<br>HUDSON and PATRICK WEISS, )<br>)<br>Defendants. ) | C.A. No. 08-481-MLC |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of George E. Knox, Jr., Esq., P. Scott Arnston, Esq., and Jeffrey T. Kelly, Esq., Lanier Ford Shaver & Payne, P.C., 200 West Side Square, Suite 500, Huntsville, AL 35804 to represent defendants Operon Holdings, Inc., James Hudson and Patrick Weiss in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Suzanne M. Hill
Philip A. Rovner (#3215)
Suzanne M. Hill (#4414)
P.O. Box 951
Hercules Plaza
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendants
Operon Holdings, Inc., James Hudson and
Patrick Weiss*

Dated: August 15, 2008
876448

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                        United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8-15-08

George E. Knox, Jr.
Lanier Ford Shaver & Payne
Suite 5000
200 West Side Square
Huntsville, AL 35801
(256) 535-1100

<u>CERTIFICATION</u>

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

     In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court; or

    ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/14/08

P. Scott Arnston
Lanier Ford Shaver & Payne
Suite 5000
200 West Side Square
Huntsville, AL 35801
(256) 535-1100
psa@lfsp.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

■ will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 14, 2008

Jeffrey T. Kelly
Lanier Ford Shaver & Payne
Suite 5000
200 West Side Square
Huntsville, AL 35801
(256) 535-1100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Suzanne M. Hill, hereby certify that on August 15, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

> Richard E. Kirk, Esq.
> Stephen Brauerman, Esq.
> Bayard, P.A.
> 222 Delaware Avenue, Suite 900
> P.O. Box 21130
> Wilmington, DE  19899
> rkirk@bayardfirm.com
> sbrauerman@bayardfirm.com

I hereby certify that on August 15, 2008 the foregoing document was sent by E-mail to the following non-registered participants:

> Daniel P. Goldberg, Esq.
> Michael Hanin, Esq.
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, NY  10019
> dgoldberg@kasowitz.com
> mhanin@kasowitz.com

> /s/ Suzanne M. Hill
> Suzanne M. Hill (#4414)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, Delaware 19899
> (302) 984-6000
> E-mail: provner@potteranderson.com

878618