UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROFINS VENTURES, B.V., <br><br> Plaintiff, <br><br> v. <br><br> OPERON HOLDINGS, INC., JAMES HUDSON, and PATRICK WEISS, <br><br> Defendants. | C.A. No. 08-481-MLC |

### ENTRY OF APPEARANCE

Please enter the appearance of Richard D. Kirk of Bayard, P.A. as counsel for plaintiff, Eurofins Ventures, B.V.

August 22, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 21130
Wilmington, Delaware 19899
(302) 655-5000

*Attorneys for Plaintiff,*
*Eurofins Ventures BV*

OF COUNSEL:

Daniel P. Goldberg
Michael Hanin
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 22, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Phulip A. Rovner
Suzanne M. Hill
Potter Anderson & Corroon, LLP
1313 North Market Street, Hercules Plaza
6th Floorr
Wilmington, DE  19801

The undersigned counsel further certifies that, on August 22, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

George E. Knox, Jr.
P. Scott Arnston
Jeffrey T. Kelly
Lanier Ford Shaver & Payne
200 West Side Square
Suite 500
Huntsville, AL  35804

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

{BAY:01131322v1}
656846-1