IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROFINS VENTURES, B.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 08-481-MLC |
| | ) |
| OPERON HOLDINGS, INC., | ) |
| JAMES HUDSON, and | ) |
| PATRICK WEISS, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

The defendants, Operon Holdings, Inc. ("Operon"), James Hudson ("Hudson"), and Patrick Weiss ("Weiss"), move the Court to dismiss this action on the following grounds:

1. Pursuant to FED. R. CIV. P. 12(b)(1), all defendants move the Court to dismiss the action for lack of subject matter jurisdiction. The first claim in the complaint is for a "Declaratory Judgment on Arbitration," and all remaining claims are alternative or contingent claims to be considered only if the plaintiff does not prevail on the declaratory judgment claim. The Court lacks subject matter jurisdiction over that claim because there is no ripe, actual controversy concerning the arbitrability of any dispute between the parties. Because the declaratory

judgment claim should be dismissed, the alternative or contingent claims also should be dismissed;

2. All defendants move the Court, in the alternative, to exercise its discretionary authority to decline to adjudicate the declaratory judgment claim, which also would result in dismissal of the remaining claims; and

3. Pursuant to FED. R. CIV. P. 12(b)(2), the defendants Hudson and Weiss move the Court to dismiss all claims asserted against them due to a lack of personal jurisdiction.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stephen C. Carlson
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

George E. Knox, Jr.
P. Scott Arnston
Jeffrey T. Kelly
Lanier Ford Shaver & Payne, P.C.
200 West Side Square
Suite 500, P.O. Box 2087
Huntsville, AL 35804
(256) 535-1100

Dated: August 22, 2008
879412

By: _____
Philip A. Rovner (#3215)
Suzanne M. Hill (#4414)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
shill@potteranderson.com

*Attorneys for Defendants
Operon Holdings, Inc., James Hudson and
Patrick Weiss*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 22, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

> Richard E. Kirk, Esq.
> Stephen Brauerman, Esq.
> Bayard, P.A.
> 222 Delaware Avenue, Suite 900
> P.O. Box 21130
> Wilmington, DE 19899
> rkirk@bayardfirm.com; sbrauerman@bayardfirm.com

I hereby certify that on August 22, 2008 the foregoing document was sent by E-mail to the following non-registered participants:

> Daniel P. Goldberg, Esq.
> Michael Hanin, Esq.
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, NY 10019
> dgoldberg@kasowitz.com; mhanin@kasowitz.com

> /s/ Philip A. Rovner
> Philip A. Rovner (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza, P.O. Box 951
> Wilmington, Delaware 19899
> (302) 984-6000
> E-mail: provner@potteranderson.com