IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROFINS VENTURES, B.V., <br><br> Plaintiff, <br><br> v. <br><br> OPERON HOLDINGS, INC., JAMES HUDSON, and PATRICK WEISS, <br><br> Defendants. | C.A. No. 08-cv-481 (MLC) |

**STIPULATION SETTING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto through their undersigned counsel, and subject to the approval of the Court, that the time within which plaintiff Eurofins Ventures, B.V. shall respond to defendants Operon Holdings, Inc.'s, James Hudson's and Patrick Weiss' Motion to Dismiss Plaintiff's First Amended Complaint shall be, and upon approval is, extended to and including October 2, 2008. No other extensions have been requested in this case.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Stephen B. Brauerman (sb4952) <br> Richard D. Kirk (rk0922) <br> Stephen B. Brauerman (sb4952) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, Delaware 19899-5130 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> (302) 655-5000 | /s/ Philip A. Rovner (pr3215) <br> Philip A. Rovner (pr3215) <br> Suzanne M. Hill (sh4414) <br> 1313 N. Market St., 6th Floor <br> Wilmington, DE 19899-0951 <br> provner@potteranderson.com <br> Shill@potteranderson.com <br> (302) 984-6000 |
| *Counsel for Plaintiff* EUROFINS VENTURES, B.V. | *Counsel for Defendants* OPERON HOLDINGS, INC., JAMES HUDSON, and PATRICK WEISS |

{BAY:01136242v2}

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Daniel P. Goldberg<br>Michael Hanin<br>Kasowitz Benson Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700 | Stephen C. Carlson<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>-and-<br><br>George E. Knox, Jr.<br>P. Scott Arnston<br>Jeffrey T. Kelly<br>Lanier Ford Shaver & Payne, P.C.<br>200 West Side Square, Suite 500<br>Huntsville, AL 35804 |
| Dated: August 28, 2008 | (256) 535-1100 |

SO ORDERED, this _____ day of August, 2008.

_____
United States District Judge